Rabin J. Pournazarian, SBN 186735
**Price Law Group, APC**
6345 Balboa Blvd., Suite 247
Encino, CA 91316
(818) 995-4540 Telephone
(818) 995-9277 Facsimile
rabin@pricelawgroup.com

Attorneys for Debtor.

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA – RIVERSIDE DIVISION

| | |
|---|---|
| In re:<br><br>GARLAND DEMOND LEE,<br><br>Debtor. | Case No: 6:22-bk-11182-RB<br><br>Chapter 13<br><br>**DEBTOR'S OPPOSITION TO TRUSTEE'S MOTION FOR ORDER DISMISSING CHAPTER 13 PROCEEDING**<br><br>Date:   November 9, 2022<br>Time:  11:00am<br>Ctrm:   303<br>Place:  3420 Twelfth Street<br>           Riverside, CA 92501 |

**TO: THE HONORABLE MAGDALENA REYES BORDEAUX, ROD DANIELSON/ CHAPTER 13 TRUSTEE, AND ALL INTERESTED PARTIES:**

Garland D. Lee ("Debtor") hereby files an OPPOSITION TO TRUSTEE'S MOTION FOR ORDER DISMISSING CHAPTER 13 PROCEEDING. Debtor's counsel apologizes profusely for the late-filed opposition. The Debtor has very recently advised that he would like to proceed with the filing of an opposition to the Trustee's Motion to Dismiss, and plans to file a Motion to Modify Plan or Suspend Plan Payments before the above-listed court date.

Dated: October 20, 2022                                              **PRICE LAW GROUP, APC**

                                                                                   /s/ Rabin J. Pournazarian
                                                                                **Rabin J. Pournazarian, Esq.**
                                                                                Attorney for Debtor

-1-

## DECLARATION OF RABIN J. POURNAZARIAN

I, RABIN J. POURNAZARIAN, hereby declare as follows:

1. I am an attorney in the law firm of Price Law Group, APC and I am licensed to practice law before this United States Bankruptcy Court.

2. I have personal knowledge of the facts hereinafter set forth, and if called as a witness, I could and would testify competently thereto.

3. This office was retained by Garland Lee ("Debtor"), the Debtor in these proceedings, for the purpose of filing a Chapter 13 bankruptcy.

4. Debtor's counsel apologizes profusely for the late-filed opposition.

5. The Debtor has very recently advised that he would like to proceed with the filing of an opposition to the Trustee's Motion to Dismiss and plans to file a Motion to Modify Plan or Suspend Plan Payments before the above-listed court date.

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on October 20, 2022 at Encino, California.

                                                               /s/ Rabin J. Pournazarian  
                                                               **Rabin J. Pournazarian, Esq.**  
                                                               Attorney for Debtor

**WHEREFORE**, the Debtor prays for the following:
1. That the Court denies or continues the Trustee's Motion to Dismiss

2. For such other relief as this Court deems appropriate.

Dated: October 20, 2022                                             **PRICE LAW GROUP, APC**

       /s/ Rabin J. Pournazarian
**Rabin J. Pournazarian, Esq.**
Attorney for Debtor

| In re: | | |
|---|---|---|
| **Garland Demond Lee** | | CHAPTER: **13** |
| | Debtor(s). | CASE NUMBER: **6:22-bk-11182-RB** |

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:
**6345 Balboa Blvd. Suite 247**
**Encino, CA 91316**

A true and correct copy of the foregoing document entitled (*specify*): **DEBTOR'S OPPOSITION TO TRUSTEE'S MOTION FOR ORDER DISMISSING CHAPTER 13 PROCEEDING**   will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1.  TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On **10/20/2022**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:
**CHAPTER 13 TRUSTEE:   Rod Danielson (TR), notice-efile@rodan13.com**
**ATTORNEY FOR DEBTOR: Rabin J Pournazarian, enotice@pricelawgroup.com**
**UNITED STATES TRUSTEE (RS), ustpregion16.rs.ecf@usdoj.gov**

☐ Service information continued on attached page

**2.  SERVED BY UNITED STATES MAIL**: On (*date*) **10/20/2022**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

**DEBTOR**
**Garland Demond Lee**
**27797 Pointe Breeze Drive**
**Menifee, CA 92585**

☐ Service information continued on attached page

**3.  SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| **10/20/2022** | **Ashley Johnson** | **/s/ Ashley Johnson** |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June  2012                                                                                                                                                 **9013-3.1.PROOF.SERVICE**